UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
          FRANK J. BRANIGAN          :  Bankruptcy No.  18-11271JKF
                                                :
          Debtor(s)                      :  Chapter 13

* * * * * * *

**HEARING TO BE HELD:**
**Date:  08/29/18**
**Time:  9:30 a.m.**
**Place:  United States**
           **Bankruptcy Court**
           **Courtroom #4, 2nd Floor**
           **900 Market Street**
           **Philadelphia, PA  19107-4295**

* * * * * * *

NOTICE OF AMENDED MOTION, RESPONSE DEADLINE AND HEARING DATE

          William C. Miller, Esq., Interim Chapter 13 Trustee, has filed Trustee's Amended
Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this
case.

          YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE
PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU
HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1.  If you do not want the Court to grant the relief sought in the amended motion or if you
want the Court to consider your views on the amended motion, then on or before
August 7, 2018 you or your attorney must do ALL of the following:

          (a)  file an answer explaining your position at

               U.S. Bankruptcy Court
               Clerk's Office
               United States Courthouse
               900 Market Street
               Philadelphia, PA  19107-4295

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

          (b)  mail a copy to the movant's attorney:

               William C. Miller, Esq.
               Interim Chapter 13 Trustee
               2901 St. Lawrence Avenue
               Reading, Pennsylvania 19606
               Telephone:  (610) 779-1313
               Fax:       (610) 779-3637

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the amended motion.

3.  A hearing on the amended motion is scheduled to be held before The Honorable Jean K. FitzSimon, United States Bankruptcy Judge, on Wednesday, August 29, 2018 at 9:30 a.m., in Courtroom #3, 2nd Floor, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107-4295.

4.  If a copy of the amended motion is not enclosed, a copy of the amended motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  July 24, 2018.