UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
   FRANK J. BRANIGAN          : Bankruptcy No.  18-11271JKF
                                          :
   Debtor(s)                  : Chapter 13

* * * * * * *

**HEARING TO BE HELD:**
**Date:  08/29/18**
**Time: 9:30 a.m.**
**Place: United States**
        **Bankruptcy Court**
        **Courtroom #3, 2nd Floor**
        **900 Market Street**
        **Philadelphia, PA  19107-4295**

* * * * * * *

AMENDED NOTICE OF AMENDED MOTION, RESPONSE
DEADLINE AND HEARING DATE

    William C. Miller, Esq., Interim Chapter 13 Trustee, has filed Trustee's Amended Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this case.

    YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the amended motion or if you want the Court to consider your views on the amended motion, then on or before August 7, 2018 you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

        U.S. Bankruptcy Court
        Clerk's Office
        United States Courthouse
        900 Market Street
        Philadelphia, PA  19107-4295

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b) mail a copy to the movant's attorney:
>
> Polly A. Langdon, Esq.
> for
> William C. Miller, Esq.,
> Interim Chapter 13 Trustee
> 2901 St. Lawrence Avenue
> Reading, Pennsylvania 19606
> Telephone: (610) 779-1313
> Fax:           (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the amended motion.

3. A hearing on the amended motion is scheduled to be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, on Wednesday, August 29, 2018 at 9:30 a.m., in Courtroom #3, 2nd Floor, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4295.

4. If a copy of the amended motion is not enclosed, a copy of the amended motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: July 24, 2018.