UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Frank J. Branigan   :   No. 18-11271  JKF
:
:
    Debtor   :   Chapter 13
:

**PRAECIPE TO WITHDRAW DOCUMENT NUMBER 40**

To the Clerk:

Kindly withdraw Application for Compensation for Albert J. Scarafone, Esquire, docket number 40.

/s Albert J. Scarafone
Albert J. Scarafone
Hill, Friedland & Scarafone
Attorney for Debtor
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372