UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Frank J. Branigan | ) | Chapter 13 |
| | ) | |
| | ) | 18-11271 JKF |

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this     day of                , 2018, upon consideration of the Application of Albert J Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $2,510.00, shall be paid to Debtor's counsel as an administrative expense to the extent provided for by the terms of Debtor's confirmed chapter 13 plan.

BY THE COURT:

*[signature: Jean K. FitzSimon]*

**Date: November 9, 2018**

Jean K. FitzSimon
Bankruptcy Judge
United States Bankruptcy Court

cc:
*Frederick J. Baker, Assistant US Trustee*
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frank J. Branigan, Debtor
215 Lincoln Terrace
Norristown, PA 19403-3319

*William C. Miller, Interim Trustee*
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

*Albert J. Scarafone,Jr., Esquire*
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372