United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Frank J Branigan
          Debtor

Case No. 18-11271-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Nov 09, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db              Frank J Branigan,    215 Lincoln Terrace,    Norristown, PA  19403-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
          ALBERT J. SCARAFONE, JR.    on behalf of Debtor Frank J Branigan  scarafone@comcast.net,
          ascarafone@gmail.com;r39418@notify.bestcase.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE  ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    West Norriton Township  jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC  bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE  ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R  ECF_FRPA@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                          TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Frank J. Branigan          )   Chapter 13
                           )
                           )   18-11271 JKF

### ORDER APPROVING COUNSEL FEE

**AND NOW**, this     day of                , 2018, upon consideration of the Application of Albert J

Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard

having been given to the United States Trustee, all creditors and parties-in-interest and good cause having

been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and

that the balance as stated in the Application, in the amount of $2,510.00, shall be paid to Debtor's counsel

as an administrative expense to the extent provided for by the terms of Debtor's confirmed chapter 13 plan.

BY THE COURT:

_____
Jean K. FitzSimon
Bankruptcy Judge
United States Bankruptcy Court

**Date: November 9, 2018**

cc:

*Frederick J. Baker, Assistant US Trustee*
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frank J. Branigan, Debtor
215 Lincoln Terrace
Norristown, PA 19403-3319

*William C. Miller, Interim Trustee*
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

*Albert J. Scarafone, Jr., Esquire*
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372