# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-11271(JKF) |
| FRANK J. BRANIGAN | : | CHAPTER 13 |
| | : | |
| | : | HEARING SCHEDULED FOR |
| Debtor | : | FEBRUARY 13, 2019 at 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank Lease Trust's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and for an Order Compelling Rejection of Lease Pursuant to 11 U.S.C. §365, a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on January 16, 2019, upon the following individuals:

                                                LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: January 16, 2019        By:  /s/ Regina Cohen
                                             Regina Cohen, Esquire
                                             Attorneys for Ally Bank Lease Trust

## **SERVICE LIST**

Albert J. Scarafone, Jr., Esquire
Hill, Friedland & Scarafone
1717 Swede Road
Suite 200
Blue Bell, PA 19422
(Via ECF Only)


Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Frank J. Branigan
215 Lincoln Terrace
Norristown, PA 19403