FILED
JAN 3 1 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

ON THIS DAY, THURSDAY JAN. 31 2019

I HAVE PERSONALLY, CAME TO THE 900 BLOCK OF

MARKET ST. ARRIVED AT 2:10.

I FRANK J. BRANIGAN AM FILING THIS LETTER OF

EXPLANATION ON MY POSITION WITH A LEASE AGREEMENT

WITH ALLY BANK.

THIS LEASE IS WITH ALLY BANK ON A DODGE RAM 1500 REBEL

THE YEAR OF VEHICLE IS A 2016. V.I.N. 1C6RR7YT2ES336579

IN REGARDS TO ALLY BANK, AND TO THE COURT OF BANKRUPTCY.

IN MARCH I HAD SPOKEN TO ALLY FINANCIAL TO HAVE AN EXTENSION

ON THIS TRUCK LEASE, WHICH THEN WAS AGREED UPON.

ALLY BANK NEVER RESPONDED TO ANY OF THEM PART IN OUR

AGREEMENT.

I CONTINUED TO TRY AND KEEP ALLY BANK INFORMED SHORTLY

THERE AFTER, THAT THE TRUCK HAD MANY MALFUNCTIONS AND

MAJOR SAFETY ISSUES, THIS DOES NOT INCLUDE SEVERAL RECALLS.

IT WAS TOWED IN TO NORRISTOWN DODGE AND CHRYSLER JEEP

DEALERSHIP FOR THESE ISSUES.

THESE ISSUES WITH THE TRUCK UPON WHICH WAS REAR AXLE

RECALL, BAD TRANSMISSION, REAR FAILURE. FRONT END STEERING

ISSUES.

THE SERVICE DEPARTMENT AT NORRISTOWN DODGE AND JEEP, TOLD

ME THAT IT MIGHT BE A MONTH BEFORE THEY COULD GET TO

THE TRANSMISSION, BUT THE REAR AXLE RECALL WAS SATISFIED.

THIS WAS BACK IN THE MONTH OF APRIL 2018. AGAIN I NOTIFIED

ALLY BANK ABOUT ALL THESE ISSUES, AND WAS IGNORED.

THE TRUCK HAD REMAINED ON THE NORRISTOWN DODGE AND JEEP SERVICE

LOT FOR OVER A MONTH. THIS THEN TURNED INTO JUNE OF 2018.

STILL THEN AS I LIVE THREE BLOCKS FROM THE DEALERS LOCATION

I WOULD OFTEN RIDE INTO THE PARKING LOT AND SEE IF THE TRUCK

HAD BEEN MOVED OR WORKED ON, AND IT REMAINED NEGLECTED.

AS JUNE ENDED IN 2018, I WENT TO SERVICE DEPARTMENT AT

NORRISTOWN DODGE AND JEEP. I SPOKE TO DAVID THE SERVICE AND

PARTS MANAGER, HE STATED TO ME THAT THE TRUCK HAD A STEERI

RACK FAILURE, THEY DODGE AND JEEP COULD NOT DO THIS REPAIR, DUE TO FACTS THAT THE PART OR NEW STEERING RACK WOULD NOT BE AVAILABLE UNTIL MAYBE DEC. OR JANUARY OF 2019.

I FRANK BRANIGAN AND MY SON RYAN BRANIGAN, THEN DROVE BACK INTO THE SERVICE LOT TO SEE MY MINT CONDITION, HARDLY DRIVEN BLACK DODGE RAM 1500 REBEL, SITTING ON TWO FLAT FRONT TIRES, FILTHY DIRTY, AND NEVER MOVED FROM ITS SAME SPOT.

UPON INSPECTION ON MY OWN TRUCK PARKED IN NORRISTOWNS DODGE AND JEEPS PARKING LOT, FOUND THOSE TWO FLAT TIRES (FRONT) SEVERAL SCRATCHES AND LITTLE DENTS IN THE BED. PASSENGER SIDE VIEW MIRROR BROKEN, REAR DRIVERS SIDE BUMPER DISCOLORED AND DENTED, AND CRACKED TAIL LIGHT LENSE.

I WAS FURIOUS AND WENT TO SERVICE CENTER AND GOT THE KEYS FROM THE YOUNG LADY WHO DOES BILLING. I HAD MY FRIEND SCOTT HELMAN WHO IS A MECHANIC, COME BY AND PUT AIR IN FRONT TIRES, SO THAT I COULD REMOVE THE TRUCK FROM THEIR POSSESION. SCOTT SLOWLY DROVE IT TO MY DRIVEWAY ABOUT THREE BLOCKS FROM NORRISTOWN DODGE & JEEP THE TRUCK HAS NOT MOVED SINCE AND WAS STILL WAITING FOR THE STEERING RACK, IT IS VERY DANGEROUS AND I AM VERY UPSET THAT WHEN I FIRST ASKED THE DEALER TO CHECK THE STEERING, THEY SAID IT WAS TIRES THAT WHERE BALD.

THEY JUST NOW TOLD ME THE PART HAD COME IN TO FIX THIS STEERING RACK.

THIS IS BECAUSE I HIRED AN ATTORNEY FROM KIMMEL & SILVERMAN TO LEMON LAW THE VEHICLE.

ALLY BANK WAS NOTIFIED SEVERAL TIMES BY ME PERSONALLY AND THEY TOLD ME TO TAKE IT UP WITH THE DEALERSHIP I CONTACTED CHRYSLER AND DODGE HEADQUARTERS AND THEY HAD THE PART SENT TO NORRISTOWN. THEY ALSO SAID THAT THEY

Chrysler and Dodge ...... ME TO PAY ON THE LEASE AFTER REPAIRS WERE COMPLETED. WE CONTACTED Ally Bank to tell them the POSITION I WAS IN. Also Conditions with the Dodge Ram.

Soon After, I recieved a letter from LAVIN, CERRONE, Graver, Boyd & Dispio.

After all this time that I contacted the Bank (ALLY) They send me a letter saying I'm breaking LEASE Agreement. I should of Lemon Lawed this Truck and got a total Refund.

I am Furious About this Ally Bank, and I could easily had Lemon Lawed this Vehicle.

I was in Contact with ALLY Bank During this almost 7 months without any Concern from them until now.

I Am Contacting my Attorneys From Kimmel & Silverman To way my options.

Dodge and Chrysler will Be Notified Also to let them Know, that Ally Bank has now stepped in, But only to Benefit them.

I Frank J Brannan have Invoices / Documents / Pictures and Witnesses to This Horrible Last 7 mths.
I was never offered Any Vehicle During this Time.
Chrysler / Dodge discussed making payments to Resolve This issue. I am Horribly suprised that Ally Bank would do Something Like This. NO CONCERN ABOUT SAFETY ON VEHICLE OR THE PERSON WHO DRIVES IT.!!!!

Frank J Brannan   1-31-19