United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11271-jkf
Frank J Branigan                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 2    Date Rcvd: Apr 10, 2019
                       Form ID: pdf900    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
```
db             Frank J Branigan,    215 Lincoln Terrace,    Norristown, PA 19403-3319
14192367       Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road, Suite 200,
                Blue Bell, PA 19422-3372
14258142       Ally Financial Inc.,    c/o Regina Cohen, Esquire,    6th and Race Streets, Suite 500,
                Philadelphia, PA 19106
14102534       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
14062985      +Bureaus Investment Group Portfolio, LLC,    No. 15,    650 Dundee Road,    Suite 370,
                Northbrook, IL 60062-2757
14062987       Capital One, N.A.,    P.O. Box 71087,    Charlotte, NC 28272-1087
14062990       First Premier Bank,    P.O. Box 5147,    Sioux Falls, SD 57117-5147
14062991       First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
14062994      +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independ,    701 Market Street,
                Philadelphia, PA 19106-1538
14062995      +M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
14062996      +PNC Bank,    Account Management Department,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14062997      +Portnoff Law Associates, LTD,    2700 Horizon Drive,    Suite 100,
                King of Prussia, PA 19406-2726
14062999      +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
14063000      +West Norriton Township,    1630 West Marshall Street,    Jeffersonville, PA 19403-3236
14103086      +West Norriton Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:09     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:37:52
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2019 02:38:02     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2019 02:37:37     Ally Financial Inc.,
                P.O. Box 130424,    Roseville, MN 55113-0004
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:50      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14062983       E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2019 02:37:37     Ally Financial,    PO Box 78252,
                Phoenix, AZ 85062-8252
14081873       E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2019 02:37:37     Ally Financial Lease Trust,
                PO Box 130424,    Roseville, MN 55113-0004
14101267       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 02:44:42
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14062984      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 11 2019 02:38:03
                Bayview Loan Servicing,    4425 Ponce De Leon Boulevard,    Coral Gables, FL 33146-1837
14213633       E-mail/Text: camanagement@mtb.com Apr 11 2019 02:37:43     Bayview Loan Servicing, LLC,
                c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
14255415      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 11 2019 02:38:03
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, Florida 33146-1837
14088656      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 02:44:52
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
14062986       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2019 02:44:52
                Capital One Services, LLC,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14062988       E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 11 2019 02:38:17
                Credit Collection Services,    CCS,    Payment Processing Center,    PO Box 55126,
                Boston, MA 02205-5126
14062989      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 11 2019 02:44:53     Credit One Bank,
                P.O. Box 98873,    Las Vegas, NV 89193-8873
14062992      +E-mail/Text: Banko@frontlineas.com Apr 11 2019 02:38:20     Frontline Asset Strategies,
                2700 Snelling Avenue North,    Suite 250,    Saint Paul, MN 55113-1783
14062993       E-mail/Text: cio.bncmail@irs.gov Apr 11 2019 02:37:41     Internal Revenue Service,
                Attn: Special Procedures,    P.O. Box 12051,    Philadelphia, PA 19105
14101265       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 02:44:30
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14064675      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 03:13:26
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14062998      +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:27      Synchrony Bank/JCPenny,
                PO Box 965007,    Orlando, FL 32896-5007
                                                                                              TOTAL: 20
```

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Apr 10, 2019
                               Form ID: pdf900             Total Noticed: 35
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +West Norriton Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Frank J Branigan scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   West Norriton Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA  COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

FRANK J   BRANIGAN

                                                                        : Bankruptcy No. 18-11271JKF
         Debtor(s)                                                      : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

**Date: April 10, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALBERT J SCARAFONE JR ESQ
HILL FRIEDLAND & SCARAFONE
1717 SWEDE ROAD, SUITE 200
BLUE BELL PA 19422-

FRANK J   BRANIGAN
215 LINCOLN TERRACE
NORRISTOWN, PA 19403-3319